# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2009

Marilyn Kelly,
Chief Justice

137987

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES A. LOOS, JR.,
          Plaintiff-Appellee,

v

                                      SC: 137987
                                      COA: 275704
                                      WCAC: 05-000246

J.B. INSTALLED SALES, INC., a/k/a J.B.
SUPPLY and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
          Defendants-Appellants,
and

ROBINSON ROOFING,
          Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the November 20, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2009                                    _____
0428                                                     Clerk